UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  :
　　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　:　　Case No. 8:05-cr-142-T-30MSS
　　　　　　　　　　　　　　　　　　:
EDWARD RAFAEL SAUNDERS, :
　　　a/k/a "Eddie Saunders",　　　:
　　　　　　　　　　　　　　　　　　:
　　　Defendant.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #125) by the United States for a Final Judgment of Forfeiture for the following property:

　　　a.　　$7,000.00 in United States currency; and

　　　b.　　$5,000.00 in lieu of the 2005 Chrysler 300M.

1.　On September 22, 2005, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all right, title, and interest of defendant Edward Rafael Saunders. (Doc. 41).

2.　The only persons or entities known to have any potential interest in the subject vehicle are John R. Wadley, Estelle Saunders f/k/a Estelle Wadley, and Daimler Chrysler Services. The United States sent, via certified U.S. mail, Notices

of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and copies of the Preliminary Order of Forfeiture in the instant case to the persons or entities listed above.

3.  Notice of the Preliminary Order of Forfeiture was sent via certified mail, return receipt requested, to the following third parties known to have alleged an interest in the 2005 Chrysler 300M found subject to forfeiture:

   a. John R. Wadley, Certified Mail No. 7002 0460 0003 7650 3735 on December 14, 2005. The green certified card signed and returned on December 15, 2005;

   b. Estelle Saunders f/k/a Estelle Wadley, Certified Mail No. 7002 0460 0003 7650 3742 on December 14, 2005. The green certified card signed and returned on December 15, 2005;

   c. Daimler Chrysler Services NA, LLC., Certified Mail No. 7002 0460 0003 7641 1887 on December 14, 2005. The green certified card signed and returned on December 19, 2005.

4.  On January 4, 2006, Daimler Chrysler Services, filed a Claim to the 2005 Chrysler 300M. (Doc. 63). On January 25, 2006, the United States and Daimler Chrysler Services, by and through Melissa Moore, Exception Collector, entered into a Stipulated Settlement Agreement. (Doc. 66).

5.  On January 12, 2006, Daimler Chrysler Services, filed a Claim to the 2005 Chrysler 300M. (Doc. 65). On July 7, 2008, the United States and Petitioners John R. Wadley and Estelle Wadley, by and through their attorney, John A. Shahan, entered into a Stipulated Settlement Agreement. (Doc. 110). The United States agreed to forfeit $5,000.00 in United States currency in lieu of the 2005 Chrysler 300M.

6. On August 25, 2008, the United States received a certified check in the amount of $5,000.00 which represents funds in lieu of the 2005 Chrysler 300M. On September 3, 2008, pursuant to the terms of the Stipulated Settlement Agreement, the United States Marshals Service released the 2005 Chrysler 300M to the titled owner, John R. Wadley. (Doc. 124).

7. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture for the subject property of this motion, and of its intent to dispose of the properties, The *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Pasco Times*, a newspaper of general circulation in Pasco County, Florida on October 4, 2005, October 11, 2005 and October 18, 2005. (Docs. 53 and 54). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

8. No persons or entities, other than the defendant Edward Rafael Saunders, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the persons and entities identified in paragraph 3 above, are known to have an interest in the subject assets. No third party has filed a Petition of Ownership in the subject properties to date other than John R. Wadley, Estelle

3

Wadley and Daimler Chrysler Services, and the time for filing such Petition has expired.

9. The Court finds that the subject assets are the property of defendant Edward Rafael Saunders.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #125) is GRANTED. It is FURTHER ORDERED that all right, title and interest in following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

   a. $7,000.00 in United States currency; and

   b. $5,000.00 in lieu of the 2005 Chrysler 300M.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on September 16, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Attorneys of Record

F:\Docs\2005\05-cr-142.FJ Edward 125.wpd

4